Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
 abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZA SEDAGHATFAR, individually and on behalf of all others similarly situated, <br> Plaintiff, <br> v. <br> JIM FALK MOTORS OF BEVERLY HILLS, INC. dba JIM FALK LEXUS OF BEVERLY HILLS, etc., <br> Defendants. | Case No. <br><br> 2:20-cv-11399-MWF-RAO <br><br> **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** May 5, 2021          **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Adrian R. Bacon
                        Adrian R. Bacon

## CERTIFICATE OF SERVICE

Filed electronically on May 5, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on May 5, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

s/Adrian R. Bacon
   Adrian R. Bacon